**Order entered November 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00948-CV

**RBC CAPITAL MARKETS, LLC, Appellant**

**V.**

**HIGHLAND CAPITAL MANAGEMENT, L.P., Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02034-D**

## ORDER

Before the Court is appellant's November 15, 2013 unopposed motion to clarify the reporter's record. The court reporter filed a 22-volume reporter's record on September 26, 2013. On October 22, 2013, the court reporter filed corrected versions of volumes 11 through 17 and filed further corrected versions of volumes 13, 14, 16, and 17 on October 25, 2013. The court reporter labeled the corrected versions of the reporter's records as supplemental reporter's records.

We **GRANT** appellant's motion to the following extent: we **STRIKE** volumes 11 through 17 of the reporter's record filed on September 26, 2013 and volumes 13, 14, 16, and 17 of the supplemental reporter's record filed on October 22, 2013. Thus, the reporter's record properly before the Court consists of volumes 1 through 10 and volumes 18 through 22 filed on

September 26, 2013, volumes 11, 12, and 15 filed on October 22, 2013, and volumes 13, 14, 16, and 17 filed on October 25, 2013.  Although volumes 11 through 17 are labeled as supplemental reporter's records the parties shall refer to them without the "supplemental" designation.


/s/     ADA BROWN
             JUSTICE